979 A.2d 846

Patrick DIXON, Respondent

v.

William HICKS, Petitioner.

No. 123 EM 2009.

Supreme Court of Pennsylvania.

Aug. 21, 2009.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2009, the Emergency Application for Stay is DENIED.